**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SANDERS,

<table>
<tr><td>Plaintiff,</td><td><b><u>ORDER</u></b></td></tr>
<tr><td>-against-</td><td><b>26-CV-595 (VSB) (JW)</b></td></tr>
</table>

COASTAL COMMUNITY BANK, *et*

*al.*,

                                                 Defendants.
-------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

An Initial Case Management Telephone Conference was scheduled for May 13,

2026 at 11:30 AM.  While Defendants were present, Plaintiff did not join the meeting.

To that end, Plaintiff is to file a letter by **May 15, 2026** explaining their absence.

SO ORDERED.

DATED:     New York, New York
           May 13, 2026

_____
JENNIFER E. WILLIS
United States Magistrate Judge